AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jeremy SMITH<br><br>*Defendant(s)* | Case No. MO:20-M-00065-001 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11th, 2020__ in the county of __Ector__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S. Code 841 | Possess with intent to distribute 50 grams or more of actual methamphetamine |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_Complainant's signature_

Tyler Rodgers, Odessa Police Narcotics Unit
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-14-2020

_Judge's signature_

City and state: Midland, Texas

Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*

FILED
Daniels
FEB 14 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# AFFIDAVIT

I, Tyler Rodgers, Detective with the Odessa Police Department Narcotic/Vice Unit being first duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the Odessa Police Department. I have been employed as a peace officer with the Odessa Police Department for approximately six (6) years. For the first four (4) and half years, I was assigned to Patrol Division. For the past 2 years, I have been assigned as a detective investigating narcotics and vice offenses. I am currently assigned to the investigation of Jeremy SMITH. Specifically, he is accused of possess with intent to distribute 50 grams or more of Actual Methamphetamine, in violation of 21 U.S.C. § 841.

2. The sole purpose of this affidavit is to establish that there is probable cause to believe that Jeremy SMITH engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3. On 02/11/2020, The Odessa Police Department Narcotics Unit executed a search warrant at 4228 Bonham Avenue in reference to the distribution of narcotics to wit: Methamphetamine.

4. Upon the execution of the search warrant, a White Male was detained identified as Jeremy SMITH. SMITH was interviewed and under *Miranda* admitted to possessing and distributing one (1) pound of methamphetamine per week for approximately six (6) to eight (8) months. SMITH further advised that approximately one (1) pound of methamphetamine was located in a tool box inside the garage, along with more methamphetamine inside of a plastic container in the kitchen.

5. Detectives searched the tool box and located 450 grams of methamphetamine inside of the tool box and approximately 47.5 grams of methamphetamine was located in the plastic container in the kitchen, totaling 497.5 grams.

6. AUSA Shane Chriesman was notified and agreed to prosecute the case.

7. A conviction for a violation of 21 U.S.C. § 841 carries a minimum mandatory term of imprisonment of ten (10) years, and a maximum term of imprisonment of life; a four (4) year minimum mandatory term of supervised release; a $10 million fine; and a $100 special assessment fee.

_____
Detective Tyler Rodgers
Odessa Police Department
Narcotics/Vice Unit

Sworn and Subscribed before me this 14th day of February, 2020.

_____
Ronald C. Griffin
United States Magistrate