UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § | |
| § | |
| vs. § | NO:   MO:20-M -00065(1) |
| § | |
| **(1) Jeremy Smith** § | |

**ORDER APPROVING WAIVER OF DEFENDANT'S RIGHT
TO A DETENTION HEARING SUBJECT TO RESERVATION
OF DEFENDANT'S RIGHTS**

On this day the Court considered the Defendant's waiver of detention hearing. The.Defendant agreed that he/she would waive his/her right to a bond/detention hearing and not to contest the Government's Motion for Detention, as long his/her right to a later hearing on the matter was preserved.

The Court finds that the Waiver is well taken and executed as evidenced by the Defendant's signature appearing on the waiver. The Government's Motion for Detention is **GRANTED** along with the Defendant's reservation of right to a hearing at a later date.

It is **ORDERED** that the Defendant:

(1) Be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal during the time he/she awaits trial;

(2) The Defendant be afforded opportunity for private consultation with his/her counsel during this period in detention;

(3) That the facility where the Defendant will be placed shall make the Defendant available to the United States Marshals Service for any appearance in connection with a Court proceeding in this matter; and,

**IT IS SO ORDERED**.

Signed this **24th day of February, 2020**.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE