UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   NO. 7:20-cr-00073-DC |
| | § |
| JEREMY SMITH | § |

## 1ST AMENDED MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

**TO THE HONORABLE JUDGE OF SAID COURT:**

FRED C. BRIGMAN, III, attorney of record for defendant, hereby moves this Court for an order continuing the trial docket, continuing the related dates set in this case, and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, §§3161, *et seq.* In support therefore, counsel states as follows:

1. This case is presently set for a Status Conference/Plea Hearing on April 13, 2020 at 2:00 p.m. in Midland, Texas.

2. Due to court operations under the exigent circumstances created by the COVID-19 pandemic, attorney for defendant respectfully requests this case's trial docket, Status Conference/Plea Hearing, and all other deadlines, be passed to a future date.

3. This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, defendant requests that the trial and Status Conference/Plea Hearing in this matter be continued to a future trial docket, or as the Court might otherwise direct, and that the pretrial deadlines set forth in the Court's prior scheduling order be similarly continued.

Respectfully submitted,

GRAY & BRIGMAN, PLLC
206 West College Avenue
San Angelo, Texas 76903
Tel: (325) 653-4594
Fax: (325) 657-0039

By: __/s/ Fred C. Brigman, III_____  ____
    Fred C. Brigman, III
    State Bar No. 02993010

## **CERTIFICATE OF SERVICE**

This is to certify that on April 8, 2020, the foregoing document was filed using the CM/ECF filing system, causing an electronic copy to be delivered to MONICA L. DANIELS, at the United States Attorney's Office in Midland, Texas.

/s/ Fred C. Brigman, III
Fred C. Brigman, III

## **CERTIFICATE OF CONFERENCE**

I certify that on April 8, 2020, I contacted MONICA L. DANIELS of the United States Attorney's Office in Midland, Texas, and he is not opposed to this motion.

/s/ Fred C. Brigman, III
Fred C. Brigman, III

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 7:20-cr-00073-DC** |
| | § | |
| **JEREMY SMITH** | § | |

## ORDER ON MOTION FOR CONTINUANCE

The Motion for Continuance filed herein by **FRED C. BRIGMAN, III**, attorney of record for defendant, having been presented to the Court, and the Court having considered same and the evidence presented in connection therewith, is of the opinion and finds that said Motion should be in all things be **GRANTED/DENIED**.

**SIGNED** _____.

_____
**JUDGE PRESIDING**